# Balena Law Firm, LLC

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 440-365-2000  |  Fax: 866-936-6113

Account Statement

Prepared for Jeffrey Jenkins

Re: Chapter 13 Hourly with Retainer

| | |
|---|---:|
| Previous Balance | $(1,361.00) |
| Current Charges | $6,664.59 |
| New Balance | $5,303.59 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $(1,861.00) |
| Now Due | $4,803.59 |
| Trust Account | $0.00 |

# Balena Law Firm, LLC

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 440-365-2000    |    Fax: 866-936-6113

## INVOICE

Jeffrey Jenkins
8081 Baumhart Rd
Amherst, OH 44001

Invoice Date: March 08, 2016
Invoice Number: 12159
Invoice Amount: $6,664.59

## Matter: Chapter 13 Hourly with Retainer

**Attorney's Fees**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 9/1/2015 | Apt for 9/3/15 at 4:00 pm; pending sheriff sale on 9/30/15 | D.G.E. | .30 | $19.50 |
| 9/1/2015 | pulled deed, legal and sheriff sale info for Bill to review at interview | D.G.E. | .30 | $19.50 |
| 9/3/2015 | chapter 13 consultation; Sheriff sale 9/30/15 (time will be shown as "no charge" until retainer paid in full) | W.J.B. | 1.50 | $450.00 |
| 9/3/2015 | draft chapter 13 retainer agreement | W.J.B. | .30 | $90.00 |
| 9/4/2015 | Open client file, best case, scanned docs, research ct docket, prior BK research, etc. | D.G.E. | .50 | $32.50 |
| 9/25/2015 | cf Jeff; made fianl payment and discussed documents needed. | W.J.B. | .20 | $60.00 |
| 9/28/2015 | process payments remotely, update billing | W.J.B. | .30 | $90.00 |
| 11/30/2015 | client brought in docs late today. says sheriff sale Wed. Has not completed ccc. worked on schedules; means and plan; prob will have to file shell with plan. | W.J.B. | 4.00 | $1,200.00 |
| 11/30/2015 | Jeff came to the office and annouced his sheriff sale is Wed, Dec 2nd. I went over what docs are required and assisted him in logging online to obtain paystubs, bank stmts. | D.G.E. | 4.00 | $300.00 |
| 11/30/2015 | Having a great deal of trouble working with client to make him understand what and why docs are required for filing this rush case. He did reek of alcohol. Bill not to happy that we are being so rushed as the new best case forms will be issued at the same time. | D.G.E. | 2.00 | $130.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 12/1/2015 | client in for signing appt; last minute changes to Sch E to add tax debt; thereby change plan. Numerous other changes; new version of Bestcase with new forms very sluggish. File case. | W.J.B. | 4.00 | $1,200.00 |
| 12/1/2015 | correct, format and file pay order | W.J.B. | .30 | $90.00 |
| 12/1/2015 | setup client email subfolder with filter parameters | W.J.B. | .10 | $30.00 |
| 12/1/2015 | Updated Best Case (new forms) | D.G.E. | .50 | $32.50 |
| 12/1/2015 | Prepared and fax to Tina Tomstok (440-329-5230) LCCP Court to file Suggestion of BK. Tina told me she would cancel the sale | D.G.E. | .80 | $52.00 |
| 12/1/2015 | Jeff showed up at signing apt still missing docs. Bill told him he has 10 days to forward the missing docs. | D.G.E. | .60 | $39.00 |
| 12/1/2015 | reviewed docs faxed to stop sale. No suggestion to clerk. printed suggestion for filing. | W.J.B. | 2.00 | $130.00 |
| 12/2/2015 | Recieved filed suggestion of Bk and Sheriff sale cancelled notice from LCCP Court | D.G.E. | .30 | $19.50 |
| 12/2/2015 | travel to and from LCCP to file suggestion of bankruptcy | W.J.B. | 1.00 | $150.00 |
| 12/2/2015 | file suggestion of bk with clerk of court | W.J.B. | .30 | $90.00 |
| 12/2/2015 | correct pay order and refile; somehow when created PDF it removed /s/ from my E signature. It was in original draft of doc. | W.J.B. | .20 | $60.00 |
| 12/3/2015 | VM to Jeff. I need his son Joshua's address for amend to SOFA | D.G.E. | .40 | $26.00 |
| 12/4/2015 | OC to obtain Sons mailing address for SOFA Amendment | D.G.E. | .30 | $19.50 |
| 12/4/2015 | Scanned filed Order for Debtor's Employer, Ford Motor Company to Pay Trustee $5,400 per month | D.G.E. | .10 | $6.50 |
| 12/7/2015 | Notice of Order To Pay Wages | D.G.E. | .10 | $6.50 |
| 12/8/2015 | Notice of Appearance and Request for Notice by David H. Yunghans Filed by Creditor Deustche Bank National Trust Company | D.G.E. | .10 | $6.50 |
| 12/8/2015 | Scanned Notice of Chapter 13 Plan | D.G.E. | .10 | $6.50 |
| 12/8/2015 | Prepared and mailed 341 Notice | D.G.E. | .30 | $19.50 |
| 12/10/2015 | POC Internal Revenue Service | D.G.E. | .10 | $6.50 |
| 12/10/2015 | cf agent from IRS. Advise debtor has not filed returns for 2013 or 2014; she is sending letter with contact info | W.J.B. | .10 | $30.00 |
| 12/11/2015 | advise secretary to inform debtor that tax returns for 2013 1nd 14 due in the office Tuesday. | W.J.B. | .10 | $30.00 |
| 12/11/2015 | OC to Jeff. I need the status of him filing his 2013 & 2014 tax return. Per Bill the IRS phone him regarding the same material. VM to Jeff to call me back. Bill gave him 10 days to complete the task at his petition signing apt on 12/1/2015 | D.G.E. | .30 | $19.50 |
| 12/14/2015 | check bankruptcy link site; no payments made to date. | W.J.B. | .20 | $60.00 |
| 12/14/2015 | text to debtor remind I am looking for tax 2013 and 2014 tax returns. | W.J.B. | .10 | $30.00 |
| 12/14/2015 | second text to debtor pointing out no payments showing to trustee. | W.J.B. | .10 | $30.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 12/14/2015 | Received corresp. from the IRS via US Mail. Taxes have not been filed. Bill told Jeff to file them when he filed his Ch 13. I spoke with Bill regarding the corresp. He will contact Jeff. | D.G.E. | .50 | $32.50 |
| 12/16/2015 | review irs letter and text client info regarding letter from IRS | W.J.B. | .30 | $90.00 |
| 12/22/2015 | work with debtor computer to transfer PDF of 2014 tax return to flash drive for download and printing | W.J.B. | .60 | $180.00 |
| 12/22/2015 | OV  scanned 2012 & 2013 tax returns to dropbox. | D.G.E. | .40 | $26.00 |
| 12/23/2015 | OV  Jeff was having problems opening and creating NDC to make his trustee pymts. Jeff had is lap top with him, I assisted him to open NDC and create his account. He kept putting in the wrong password and the program locked him out. He called the 800 # for assistance. Bill and I both told him that he should of addressed this process long before today. | D.G.E. | .70 | $45.50 |
| 12/28/2015 | upload tax returns to chapter 13 trustee | W.J.B. | .30 | $90.00 |
| 1/5/2016 | text messages to debtor; OH saying not receive tax returns ask if mailed them. | W.J.B. | .10 | $30.00 |
| 1/5/2016 | second text to client asking if he filed federal taxes and start making plan payments. | W.J.B. | .10 | $30.00 |
| 1/12/2016 | check online for plan payments. none showing. | W.J.B. | .20 | $60.00 |
| 1/12/2016 | text debtor (2 messages). ask why no reply to 1/5 message. advise no plan payments showing. request paystubs if being deducted. | W.J.B. | .10 | $30.00 |
| 1/12/2016 | text from client; says $5,400 payment today; mailed tax pepers sat (1/9/16) | W.J.B. | .10 | $30.00 |
| 1/12/2016 | text client reminding he did not reply to 1/5 messages | W.J.B. | .10 | $30.00 |
| 1/13/2016 | travel to and from 341 | W.J.B. | 1.40 | $210.00 |
| 1/13/2016 | meeting of creditors | W.J.B. | .80 | $240.00 |
| 1/22/2016 | scanned POC  Ford Motor Credit Company | D.G.E. | .10 | $6.50 |
| 2/16/2016 | check bk link for payment status; pay order not on working yet; debtor again $5400 behind in funding. Sent text advising him to pay balance due bf Thursday. | W.J.B. | .30 | $90.00 |
| 2/16/2016 | extended text conversation with debtor regarding bringing plan payments current | W.J.B. | .30 | $90.00 |
| 2/16/2016 | 4 texts to client and his replies; his pay order hasn't started and plan $5400 behind; advise he needs to pay weekly until pay order starts | W.J.B. | .30 | $90.00 |
| 2/17/2016 | text cleint that plan confirmed; request amount paid throught epay with confirmation #; client replied with info. | W.J.B. | .20 | $60.00 |
| 2/17/2016 | researched the internet and found Wage withholding order address for Ch 13. I updated wage order and scanned to dropbox. Message to Bill to refile the order | D.G.E. | .30 | $21.00 |
| 2/17/2016 | call client to see if he made plan payment; he will do it online. texted him to be sure he made it. asked for amount and confirmation number. | W.J.B. | .30 | $90.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 2/18/2016 | edit amended pay order with new address for Ford motor Company; format for upload to court; upload | W.J.B. | .40 | $120.00 |
| 2/18/2016 | Scanned Amended Order for Debtor's Employer to Pay Trustee $5400.00 per month | D.G.E. | .10 | No Charge |
| 2/22/2016 | Notice of Order To Pay Wages | D.G.E. | .10 | No Charge |
| 3/1/2016 | EM to Jeff. I received notice from the BK Ct that the second credit counseling has not been completed. I attached the Access Counseling information with instructions to complete the course immediately. | D.G.E. | .30 | No Charge |
| 3/1/2016 | Scanned confirmation order of Ch 13 plan | D.G.E. | .10 | No Charge |
| 3/4/2016 | Scanned Notice of Order Confirming Chapter 13 Plan | D.G.E. | .10 | No Charge |
| 3/4/2016 | OC to Jeff. I need to know the status of his completing the credit mgmt certificate. | D.G.E. | .30 | No Charge |
| SUBTOTAL: | | | 34.80 | $6,273.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 9/3/2015 | chapter 13 filing fee | $310.00 |
| 9/3/2015 | credit counseling | $18.00 |
| 9/3/2015 | credit report | $33.00 |
| 11/30/2015 | 55 copy pages of petition prior to 12-2015 conversion of program to protect if any entered data lost. 55 pages at $.23 per page. | $12.65 |
| 12/1/2015 | photocopy suggestion for filing. 16 pages at $.23 | $3.68 |
| 12/1/2015 | print plan and petition for signing 62 pages @ $.23 per page | $14.26 |
| SUBTOTAL: | | $391.59 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 9/28/2015 | Balance before last invoice | $0.00 |
| 9/28/2015 | debit payment for fees | $(1,000.00) |
| 9/28/2015 | debit payment for costs deposited directly to trust | $(361.00) |
| 3/8/2016 | Funds transferred from Trust | $(500.00) |
| 3/8/2016 | Invoice 12159 | $6,664.59 |
| SUBTOTAL: | | $4,803.59 |

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 3/8/2016 | Previous Balance | $0.00 |
| 9/3/2015 | Initial Retainer Deposit | $500.00 |
| 3/8/2016 | Advanced fees withdrawn from Trust - Chapter 13 Hourly with Retainer | $(500.00) |
| Available in Trust: | | $0.00 |

TOTAL $6,664.59

PREVIOUS BALANCE (CREDIT) $1,361.00

CURRENT BALANCE DUE AND OWING $4,803.59